THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-196-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF DISTRICT |
| RICHARD S. CURRY, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion of the defendant to travel outside of the district, and the records and files in this case.

It is now ORDERED, that Mr. Curry has permission to travel to the District of Oregon for the purpose of accessing inpatient substance use disorder treatment in Vancouver, Washington.

It is further ORDERED that Mr. Curry shall provide Pretrial Services with specific travel information prior to departure, and shall not leave the District until his specific travel arrangements have been approved by Pretrial Services.

DONE this 6th day of June, 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Richard Curry

ORDER GRANTING MOTION TO TRAVEL
OUTSIDE OF DISTRICT
(*U.S. v. Curry*, CR22-196-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**